# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mary Ann Dubose, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 6:18-1447-RMG |
| ) | |
| vs. ) | |
| ) | |
| Nancy A. Berrryhill, Acting Commissioner ) | |
| of Social Security, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation ("R & R") on May 13, 2019, recommending that the decision of the Commissioner be reversed and remanded to the agency because of the Administrative Law Judge's ("ALJ's") failure to address and explain the discrepancy between the opinion of Plaintiff's treating orthopaedic surgeon, Dr. Jeffrey Hopkins, that the claimant could not stoop or crouch and the ALJ's finding that the claimant could occasionally stoop and crouch, as required under the Treating Physician Rule, 20 C.F.R. § 404.1527(c). (Dkt. No. 17 at 12-16). The Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 19).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate

Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the matter to the Commissioner for further proceedings consistent with this order.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

Charleston, South Carolina
June 10, 2019